CHARLES IRICK, ANGELA IRICK, )
MEREDITH IRICK, JEREMY IRICK and ) NO._____
ANDREW IRICK, )
 )
 ) JUDGE_____
 Plaintiffs, )
v. ) MAGISTRATE JUDGE
 ) _____
ICE FREIGHT, LLC and )
RADOVIC DJORDJE, ) JURY DEMAND
 )
 Defendants.

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1332, 1441, and 1446, defendant Ice Freight, LLC ("ICE" or "Defendant"), by counsel, files this Notice of Removal of this action from the Circuit Court in Knox County, Tennessee, where it is now pending, to the United States District Court for the Eastern District of Tennessee based upon diversity of citizenship and an amount in controversy exceeding $75,000. The grounds for removal are as follows.

### Procedural Background

1. This action was commenced on or about November 9, 2022 by Plaintiffs' filing of the Complaint in the Knox County Circuit Court in Knox County, Tennessee, case no. 1-321-22 (the "Complaint"). True and accurate copies of the pleadings served upon ICE in this action are attached as Exhibit A.

2. The Complaint was served on ICE through the Tennessee Secretary of State's office on or about December 8, 2023. The Notice of Removal is being filed within thirty (30) days after service of the Complaint on ICE in the matter; therefore, the removal is timely in accordance with 28 U.S.C. § 1446.

3.     The Complaint contains allegations of negligence and negligence *per se* against defendant Radovic Djordge in operating the vehicle without exercising ordinary and due care, thus leading to Plaintiffs' injuries.  It contains allegations of vicarious liability against ICE along with claims of direct negligence against ICE for the hiring, training, supervision, and retention of Mr. Djordge.  Plaintiffs seek compensatory damages in amount not to exceed $300,000 for plaintiff Charles Irick; $300,000 for plaintiff Angela Irick; $300,000 for plaintiff Meredith Irick; $300,000 for plaintiff Jeremy Irick; and $300,000 for plaintiff Andrew Irick; a total of $1.5 million for all Plaintiffs.   Accordingly, it is clear that the amount in controversy exceeds $75,000, such that this Court has jurisdiction over the matter.

4.     According to the Complaint, Plaintiffs are all citizens and residents of the State of Tennessee.

5.     ICE is a foreign company organized under the laws of the State of New Jersey with its principal place of business in New Jersey.

6.     Defendant Radovic Djordge is a citizen and resident of the State of New Jersey. Undersigned counsel also represents Mr. Djordge in this matter, and she will file a notice of appearance once he is served.  Mr. Djordge consents to the removal of this matter to the United Stated District Court for the Eastern District of Tennessee.

7.     The United States District Court for the Eastern District of Tennessee has original jurisdiction over this action pursuant to 28 U.S.C. § 1332 as there is complete diversity of the parties, and the amount in controversy clearly exceeds $75,000 exclusive of interest and costs.

8.      A copy of this Notice of. Removal is being served via email on counsel for Plaintiff, and a Notice of Filing of Notice of Removal is being filed with the Knox County

2

Circuit Court in Knox County, Tennessee, in accordance with 28 U.S.C. § 1446(d). (Copies of those notices are attached as <u>Exhibit B</u>.) The necessary filing fees have been paid simultaneously with the filing of the Notice of Removal.

9. ICE demands a jury of the maximum number to try this case.

**WHEREFORE,** defendant Ice Freight, LLC prays this Court consider the Notice of Removal as provided by law governing removal of cases to this Court and that this Court enter the appropriate orders to effect the removal of this case from the Knox County Circuit Court in Knoxville, Tennessee to this Court.

Respectfully submitted,

LEWIS THOMASON, P.C.

By:/s/*Mary Beth White*
 Mary Beth White, BPR #24462
 424 Church Street, Suite 2500
 P.O. Box 198615
 Nashville, TN 37219
 (615) 259-1366
 mbwhite@lewisthomason.com

*Attorneys for defendant Ice Freight, LLC*

<u>**CERTIFICATE OF SERVICE**</u>

This is to certify that a true and correct copy of the foregoing NOTICE OF REMOVAL has been served on the following counsel of record via email and through the Court's electronic filing system:

Mark E. Floyd, Esq.
PRYOR, PRIEST, HARBER, FLOYD & COFFEY
PO Box 870
Knoxville, TN 37901

This the 9th day of January 2023.

/s/*Mary Beth White*